**U. S. Department of Justice**

*United States Attorney*
*Western District of Texas*
*El Paso Division*

*700 E. San Antonio Ave, Suite 200*  *Telephone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile: (915) 534-6024*

June 26, 2014

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      **Re:   U.S. v. Gerardo Uribe-Rodriguez, Jorge Espinoza-Gallegos & Raul Delgadillo-Nunez**
      **14-MJ-02714-RFC**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                        Sincerely,

                        ROBERT PITMAN
                        UNITED STATES ATTORNEY

                By: _____/s/_____
                        AUSA Andres Ortega
                        Assistant United States Attorney