IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

2014 JUN 25 PM 12: 24

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | No. EP-14- 2714- RFC (1) |
| v. | § | |
| | § | |
| GERARDO URIBE-RODRIGUEZ, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANTS
## WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendants Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. Defendant is charged with a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years.

2. Defendant was arrested with approximately 437 kilograms of Marijuana.

3. Defendant is a foreign national, and, as such, present a high risk of fleeing to avoid prosecution on this charge.

There are no conditions or combination of conditions which will reasonably assure the appearance of Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

1

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____

ANDRES ORTEGA
Assistant U.S. Attorney
Texas Bar #24048700
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884