# United States District Court

## Western District of Texas
## El Paso Division

**FILED**

Jun 25 2014

Clerk, U.S. District Court
Western District of Texas

By: _____

Deputy

UNITED STATES OF AMERICA §
§
vs. § Case Number: EP:14-M-02714(1,2,3) RFC
§
(1) GERARDO URIBE-RODRIGUEZ §
(2) JORGE ESPINOZA-GALLEGOS §
(3) RAUL DELGADILLO-NUNEZ §
*Defendant(s)*

2:53 - 3:03  10min

Interpreter Required:  Yes ✓  No ☐

---

### *PROCEEDINGS SHEET / NOTICE*                    21:841(a)(1)

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Albert Armendariz, Sr.<br>United States Courthouse<br>525 Magoffin Ave.<br>El Paso, Texas 79901 | Magistrate Courtroom # 612<br><br>DATE AND TIME<br>June 27, 2014 AT 9:00 AM |

TYPE OF PROCEEDING

### PRELIMINARY / DETENTION HEARING

---

### ROBERT F. CASTANEDA

UNITED STATES MAGISTRATE JUDGE

June 25, 2014                    **V. MONTOYA**                    (915)834-0520

INITIAL APPEARANCE DATE **                    (BY) DEPUTY CLERK

To:  **DEFENDANTS:**

| (1) GERARDO URIBE-RODRIGUEZ | ATTY: Ray Velarde | BOND: NONE SET |
|---|---|---|
| (2) JORGE ESPINOZA-GALLEGOS | ATTY: John Williams | BOND: NONE SET |
| (3) RAUL DELGADILLO-NUNEZ | ATTY: Richard Esper | BOND: NONE SET |

**U.S. PROBATION**
**U.S. PRETRIAL**
**U.S. ATTORNEY**
**U.S. MARSHAL**
**AGENCY/AGENT:** HSI / Carlos F. Hernandez

---

[X] Temporary detention ordered.  Detention hearing scheduled on above date.

* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release.  ** Intial Appearance is electronically recorded.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

USA §
§
vs. § NO: EP:14-M -02714(1,2,3) RFC
§
**(1) GERARDO URIBE-RODRIGUEZ** §
**(2) JORGE ESPINOZA-GALLEGOS** §
**(3) RAUL DELGADILLO-NUNEZ** §

## WAIVER OF PRELIMINARY HEARING
## AND/OR DETENTION HEARING
### (Rule 5 or 32.1, Fed.R.Crim.P.)

## PRELIMINARY HEARING

I, (1) GERARDO URIBE-RODRIGUEZ, (2) JORGE ESPINOZA-GALLEGOS
(3) RAUL DELGADILLO-NUNEZ, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) GERARDO URIBE-RODRIGUEZ, (2) JORGE ESPINOZA-GALLEGOS
(3) RAUL DELGADILLO-NUNEZ, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_____          _____
Date/Fecha                                **DEFENDANT**

## DETENTION HEARING

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____          
Date/Fecha                                

_____
Defendant/Acusado

_____
Counsel For Defendant