# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

USA

vs.

(1) GERARDO URIBE-RODRIGUEZ
(2) JORGE ESPINOZA-GALLEGOS
(3) RAUL DELGADILLO-NUNEZ

NO: EP:14-M-02714(1,2,3) RFC

FILED 2014 JUN 27 AM 7:56

## WAIVER OF PRELIMINARY HEARING AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

### PRELIMINARY HEARING

I, (1) GERARDO URIBE-RODRIGUEZ, (2) JORGE ESPINOZA-GALLEGOS (3) RAUL DELGADILLO-NUNEZ, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) GERARDO URIBE-RODRIGUEZ, (2) JORGE ESPINOZA-GALLEGOS (3) RAUL DELGADILLO-NUNEZ, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

6-25-14
Date/Fecha

X Gerardo Uribe Rdz.
DEFENDANT

### DETENTION HEARING

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

6-25-14
Date/Fecha

X Gerardo Uribe Rdz.
Defendant/Acusado

Counsel For Defendant